July 29, 2019

County Clerks Office

Jessica E. Colón
4335 Kaikoo Place
Honolulu, HI 96816

1:18-cv-00399-DKW-RT

cc: DKW & RT

ORIGINAL

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 29 2019
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 29 2019
at 11 o'clock and 47 min. A.M
SUE BEITIA, CLERK Jr

In regards to the last hearing and the email to Toni that followed; I the Plaintiff would like to recuse in writing Judge Derrick K. Watson and Judge Rom Trader. On the grounds of their bias in that they are related to the Defendants, Abe Lee and Sandra Sakuma. Also, Judge Watson has never precided over the case in my presence nor was he at liberty to terminate my case against Abe Lee and Sandra Sakuma. Judge Rom Trader stated that he was Judge Watson, Chang, and had his photo next to Judge Watsons placard, in the recordings. I request another judge for this case seeing that Sandra Sakuma and Abe Lee have never appeared in court and when they replied they purgered themselves in their own letter!

Jessica E. Colón
July 29, 2019