July 29, 2019

Jessica Elaine Colon

4335 Kaihoo Place

Honolulu, HI 96816

(425)691-9981

**RECEIVED**
**CLERK, U. S. DISTRICT COURT**
**JUL 30 2019**
**DISTRICT OF HAWAII**

Sue Beitia, Clerk of Court

United States District Court

300 Ala Moana Blvd. C338

Honolulu, HI 96813

To: Ms. Colon and Ms. Beitia

This letter is to acknowledge that Century 21 iProperties Hawaii has received the complaint and the documents that were attached to the complaint.

We did not receive two copies of the waiver form and we did not receive a stamped self addressed envelope that is indicated in the notice.

Please let me know if you need anything else from me at this time. We are fully prepared to comply with Rule 16 Scheduling Order that we received from the U.S. District Court and look forward to defending against the allegations.

Sincerely,

*Abe Lee*

Abe Lee

Owner Century 21 iProperties Hawaii

HID 440 (Rev 12/09) Summons in a Civil Action

RECEIVED 2019 JUL 18 PM 3: 00
U.S. MARSHALS SERVICE
HONOLULU, HI.

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

JESSICA ELAINE COLON

*Plaintiff*

v().

CENTURY 21 PROPERTIES HAWAII

*Defendant*

Civil Action No. CV 18-00399 DKW-RT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CENTURY 21 PROPERTIES HAWAII

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jessica Elaine Colon
4335 Kaihoo Place
Honolulu, HI 96816
(425) 691-9981

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA, CLERK

*CLERK OF COURT*

Date: 07/17/2019

/S/ SUE BEITIA, CLERK by EA, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

RECEIVED

2018 JUL 18 PM 3:00

U.S. MARSHALS SERVICE
HONOLULU, HI.

# UNITED STATES DISTRICT COURT
for the
_____ District of  Hawaii

Jessica Elaine Colon
*Plaintiff*
v.
Century 21 Properties Hawaii
*Defendant*

Civil Action No. CV 18-00399 DKW-~~KSC~~  RT

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Century 21 Properties Hawaii
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within \_\_\_\_ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Jessica Elaine Colon
*Printed name*

1050 Bishop Street #288, Honolulu, HI  96816
*Address*

jessica_cln@yahoo.com
*E-mail address*

(425) 691-9981
*Telephone number*